OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
DEC 16 2014

12/8/2014
GONZALES, JOHN EDWARD    Tr. Ct. No. 959621-B                    WR-62,603-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JOHN EDWARD GONZALES
TDC #1241742

Discharged

NMR
RTS